582 A.2d 1313

**Charles S. MYERS and J. Lynn Myers, his wife, for themselves and on behalf of their minor children, Christine, Cassandra, C. Stacy, Charles S. Myers, III, Appellants,**

v.

**QUAKER STATE OIL REFINING CORPORATION, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 28, 1990.

Decided Dec. 21, 1990.

George M. Schroeck, Schroeck & Segel, P.C., Erie, for appellants.

Irving O. Murphy, MacDonald, Illig, Jones and Britton, and S.E. Riley, Jr., Erie, for appellee.

556

## ORDER

PER CURIAM:

This appeal is dismissed as having been improvidently granted.

Larsen, J., dissents.